**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CYPALEO LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § Case No: 2:17-cv-00008-JRG-RSP <br> PIONEER ELECTRONICS (USA), INC. § <br> § <br> Defendants. § <br> _____§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Cypaleo, LLC's motion to dismiss with prejudice Defendant Pioneer Electronics (USA), Inc. pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice.

**SIGNED this 21st day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE